DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36045
    San Francisco, California 94102
    Telephone: (415) 436-7025
    Facsimile: (415) 436-7234
    pamela.Johann@usdoj.gov

Attorneys for Defendant UNITED STATES
DEPARTMENT OF LABOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Defendant. | Case No. 19-cv-05603-SK<br><br>**STIPULATED JOINT REQUEST TO EXTEND BRIEFING SCHEDULE REGARDING MOTIONS FOR SUMMARY JUDGMENT; ORDER** |

    The parties, by and through their undersigned attorneys, hereby stipulate pursuant to Civil Local Rule 6-1(b) and 7-12, subject to the approval of the Court, to extend the schedule regarding the parties' Motions for Summary Judgment. This stipulation is based on the accompanying Declaration of Pamela T. Johann and the following facts:

    1.    The parties previously stipulated to a schedule for cross-motions for summary judgment. On December 11, 2019, the Court entered an order granting that stipulation, as modified. Dkt. No. 18. Under that briefing schedule, Defendant's Motion for Summary Judgment is due February 4, 2020, and Plaintiff's Cross-Motion and Opposition is due March 3, 2020.

1    2. Due to scheduling complications and calendar conflicts, Defendant has requested, and Plaintiff has agreed, to extend the briefing schedule. That parties have agreed to and jointly propose the following revised schedule, subject to the Court's approval:

   a. Last day for Defendant to file Motion for Summary Judgment: February 21, 2020, not to exceed 25 pages of text.

   b. Last day for Plaintiffs to file Opposition and Cross-Motion for Summary Judgment: March 25, 2020, not to exceed 25 pages of text.

   c. Last Day for Defendant to file Reply and Cross-Opposition: April 8, 2020, not to exceed 20 pages of text.

   d. Last Day for Plaintiff to file Cross-Reply (if necessary): April 22, 2020, not to exceed 20 pages of text.

   e. Hearing: May 18, 2020 at 9:30 p.m., or at such other date as the Court may choose.

The parties jointly request that the Court enter an order revising the schedule accordingly.

DATED: January 30, 2020            Respectfully submitted,

                                   DAVID L. ANDERSON
                                   United States Attorney

                                   */s/ Pamela T. Johann*
                                   PAMELA T. JOHANN
                                   Assistant United States Attorney

                                   Attorneys for Defendant

DATED: January 30, 2020            THE CENTER FOR INVESTIGATIVE REPORTING

                                   */s/ D. Victoria Baranetsky*
                                   D. VICTORIA BARANETSKY

                                   Attorneys for Plaintiffs

I, Pamela T. Johann, hereby attest that I have obtained the concurrence in the filing of this document from D. Victoria Baranetsky.

                                    */s/ Pamela T. Johann*
                                   PAMELA T. JOHANN

**ORDER**

PURSUANT TO STIPULATION, it is hereby ordered that the schedule regarding the parties' Cross-Motions for Summary Judgment is extended as follows:

    Defendant's Opening brief due by February 21, 2020;

    Plaintiff's Opposition/Cross-Motion due by March 25, 2020;

    Defendant's Reply/Opposition to Cross-Motion due by April 8, 2020;

    Plaintiff's Optional Reply to Cross-Motion due by April 22, 2020.

    Motion Hearing set for May 18, 2020, at 9:30 a.m. in San Francisco, Courtroom C, 15th Floor.

Dated: January 30, 2020

                                       HON. SALLIE KIM
                                       United States Magistrate Judge