DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36045
    San Francisco, California 94102
    Telephone: (415) 436-7025
    Facsimile: (415) 436-7234
    pamela.Johann@usdoj.gov

Attorneys for Defendant UNITED STATES
DEPARTMENT OF LABOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Defendant. | Case No. 19-cv-05603-SK<br><br>**STIPULATION REGARDING ISSUES IN DISPUTE AND STIPULATED JOINT REQUEST TO REVISE BRIEFING SCHEDULE REGARDING MOTIONS FOR SUMMARY JUDGMENT; ORDER** |

The parties, by and through their undersigned attorneys, hereby stipulate pursuant to Civil Local Rule 6-1(b) and 7-12, subject to the approval of the Court, to revise the schedule regarding the parties' Motions for Summary Judgment. The parties also stipulate regarding the issues in dispute. This stipulation is based on the accompanying Declaration of Pamela T. Johann and the following facts:

1. Over the course of the past several weeks, Defendant reevaluated some of the redactions and withholdings that were in dispute with regard to one of Plaintiff's FOIA requests. This process resulted in the release of additional information to Plaintiffs. Following this release, the parties met and conferred regarding the released information and the remaining redactions and were able to reach an

agreement regarding Plaintiffs' challenges to Defendant's response.  As a result, Plaintiffs are no longer challenging Defendant's response to Plaintiffs' First FOIA Request dated April 22, 2019, OSHA tracking number 877092.  *See* Dkt. No. 1 ¶¶ 19-26, 42-55 & Exs. A-E.

2. Plaintiffs' challenges to Defendant's responses to the Second and Third FOIA Requests remain in dispute between the parties.  Pursuant to a stipulated briefing schedule, as extended by the parties and Court Order, Defendant's Motion for Summary Judgment is currently due February 28, 2020, and Plaintiff's Cross-Motion and Opposition is due April 1, 2020.   The hearing date for the motions is set for May 18, 2020 at 9:30 a.m.  Dkt. No. 20, 22.

3. The parties have agreed to adjust the briefing schedule for the remaining issues to allow Defendant three additional days to file its Opening Brief now that the issues in dispute have been clarified.  In addition, the parties have agreed to revise the remaining of the briefing schedule accordingly, with the hearing date remaining unchanged.  The parties jointly propose the following revised schedule, subject to the Court's approval:

 a. Last day for Defendant to file Motion for Summary Judgment:  March 4, 2020.
 b. Last day for Plaintiffs to file Opposition and Cross-Motion for Summary Judgment: April 6, 2020.
 c. Last Day for Defendant to file Reply and Cross-Opposition: April 15, 2020.
 d. Last Day for Plaintiff to file Cross-Reply (if necessary):  April 27, 2020.
 e. Hearing:  May 18, 2020 at 9:30 a.m.

The parties respectfully request that the Court enter an order revising the schedule accordingly.

IT IS SO STIPULATED.

DATED: February 27, 2020                     Respectfully submitted,

                                             DAVID L. ANDERSON
                                             United States Attorney

                                             */s/ Pamela T. Johann*
                                             PAMELA T. JOHANN
                                             Assistant United States Attorney

                                             Attorneys for Defendant

| | | |
|---|---|---|
| 1 | DATED: February 27, 2020 | THE CENTER FOR INVESTIGATIVE REPORTING |
| | | |
| | | */s/ D. Victoria Baranetsky* |
| | | D. VICTORIA BARANETSKY |
| | | |
| | | Attorneys for Plaintiffs |

I, Pamela T. Johann, hereby attest that I have obtained the concurrence in the filing of this document from D. Victoria Baranetsky.

                                                                                                          */s/ Pamela T. Johann*
                                                                                                         PAMELA T. JOHANN

# ORDER

PURSUANT TO STIPULATION, it is hereby ordered that the schedule regarding the parties' Cross-Motions for Summary Judgment is extended as follows:

Defendant's Opening brief due by March 4, 2020;

Plaintiff's Opposition/Cross-Motion due by April 6, 2020;

Defendant's Reply/Opposition to Cross-Motion due by April 15, 2020;

Plaintiff's Optional Reply to Cross-Motion due by April 27, 2020.

The Motion Hearing remains set for May 18, 2020, at 9:30 a.m. in San Francisco, Courtroom C, 15th Floor.

Dated: February 27, 2020

_____
HON. SALLIE KIM
United States Magistrate Judge