# EXHIBIT F

**From:** Johann, Pamela (USACAN)
**Sent:** Tuesday, March 3, 2020 1:21 PM
**To:** Victoria Baranetsky
**Subject:** CIR v. DOL, No. 19-cv-5603, supplemental release

Hi Vickie,

The Department of Labor is providing this supplemental release of documents in response to your FOIA requests Nos. 878010 and 878011.  After a review of its earlier response, DOL located additional responsive documents for release.

9 pages of additional records are attached.  They correspond to the following OSHA inspection numbers:

OSHA FOIAs 878010 / 878011-001 – Inspection 1377288 (2018)
OSHA FOIAs 878010 / 878011-002 – Inspection 1377288 (2019)
OSHA FOIAs 878010 / 878011-003 – Inspection 1327615 (2017)
OSHA FOIAs 878010 / 878011-004 – Inspection 1371705 (2018)
OSHA FOIAs 878010 / 878011-005 – Inspection 1343890 (2017)
OSHA FOIAs 878010 / 878011-006 – Inspection 1301593 (2017)
OSHA FOIAs 878010 / 878011-007 – Inspection 1344215 (2015)
OSHA FOIAs 878010 / 878011-008 – Inspection 1344215 (2016)
OSHA FOIAs 878010 / 878011-009 – Inspection 1344215 (2017)

Please let me know if you have any questions about this release.

Thanks,
Pam



Pam Johann | Assistant U.S. Attorney | Northern District of California |
450 Golden Gate Ave. | Box 36055 | San Francisco, CA 94102 |
T:                 | F:

## OSHA's Form 300A
# Summary of Work-Related Injuries and Illnesses

Year 2018



U.S Department of Labor
Occupational Safety and Health Administration

All establishments covered by Part 1904 must complete this Summary page, even if no work-related injuries or illnesses occurred during the year. Remember to review the Log to verify that the entries are complete and accurate before completing this summary.

Using the Log, count the individual entries you made for each category. Then write the totals below, making sure you have added the entries from every page of the Log. If you had no cases, write "0."

Employees, former employees, and their representatives have the right to review the OSHA Form 300 in its entirety. They also have limited access to the OSHA Form 301 or its equivalent. See 29 CFR Part 1904.35, in OSHA's recordkeeping rule, for further details on the access provisions for these forms.

### Number of Cases

| Total number of deaths | Total number of cases with days away from work | Total number of cases with job transfer or restriction | Total number of other recordable cases |
|---|---|---|---|
| (b) (4) | (b) (4) | (b) (4) | (b) (4) |
| (G) | (H) | (I) | (J) |

### Number of Days

| Total number of days away from work | Total number of days of Job Transfer or Restriction |
|---|---|
| (b) (4) | (b) (4) |
| (K) | (L) |

### Injury and Illness Types

Total number of...
(M)

(1) Injuries           (b) (4)        (4) Poisonings       (b) (4)
(2) Skin disorders                    (5) Hearing Loss
(3) Respiratory condition             (6) All other illnesses

Post this Summary page from February 1 to April 30 of the year following the year covered by the form.

Public reporting burden for this collection of information is estimated to average 50 minutes per response, including time to review the instructions, search, and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any other aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Avenue, NW, Washington, DC 20210. Do not send the completed forms to this office.

### Establishment Information

Your establishment name **CLE2**

Company Name **Amazon.com dedc LLC**

Street **21500 Emery Rd**

City **North Randall**  State **Ohio**  ZIP **44128**

Industry description (e.g. Manufacture of motor truck trailers)
**General warehousing and storage**

Standard Industrial Classification (SIC), if known (e.g. SIC 3715)

_____

OR

North American Industrial Classification (NAICS), if known (e.g. 336212)
**493110**

### Employment Information

Annual average number of employees **(b) (4)**

Total hours worked by all employees last year

**Sign here**

Knowingly falsifying this document may result in a fine.

I certify that I have examined this document and that to the best of my knowledge the entries are true, accurate, and complete.

(b) (7)(C) _____  G.M.
Company Executive        Title

(b) (7)(C) _____  29 JAN 18
Phone                    Date

Print OSHA's Form 300A   PDF

https://amazon.gensuite.com/amazon/ehs/measure/osha300aform.cfm?Org=1&Loc=CLE2&Year=2018

1/29/2019

#1997268

OSHA's Form 300A
# Summary of Work-Related Injuries and Illnesses

Year 2019
U.S Department of Labor
Occupational Safety and Health Administration

All establishments covered by Part 1904 must complete this Summary page, even if no work-related injuries or illnesses occurred during the year. Remember to review the Log to verify that the entries are complete and accurate before completing this summary.

Using the Log, count the individual entries you made for each category. Then write the totals below, making sure you have added the entries from every page of the Log. If you had no cases, write "0."

Employees, former employees, and their representatives have the right to review the OSHA Form 300 in its entirety. They also have limited access to the OSHA Form 301 or its equivalent. See 29 CFR Part 1904.35, in OSHA's recordkeeping rule, for further details on the access provisions for these forms.

### Number of Cases

| Total number of deaths | Total number of cases with days away from work | Total number of cases with job transfer or restriction | Total number of other recordable cases |
|---|---|---|---|
| (b) (4) | | | |
| (G) | (H) | (I) | (J) |

### Number of Days

| Total number of days away from work | Total number of days of Job Transfer or Restriction |
|---|---|
| (b) (4) | |
| (K) | (L) |

### Injury and Illness Types
Total number of...

(M)
(1) Injuries          (b) (4)         (4) Poisonings       (b) (4)
(2) Skin disorders                    (5) Hearing Loss
(3) Respiratory condition             (6) All other illnesses

Post this Summary page from February 1 to April 30 of the year following the year covered by the form.

Public reporting burden for this collection of information is estimated to average 50 minutes per response, including time to review the instructions, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any other aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Avenue, NW, Washington, DC 20210. Do not send the completed forms to this office.

### Establishment Information

Your establishment name **CLE2**

Company Name **Amazon.com.dedc LLC**

Street **21500 Emery Rd**

City **North Randall** State **Ohio** ZIP **44128**

Industry description (e.g. Manufacture of motor truck trailers)
**General warehousing and storage**

Standard Industrial Classification (SIC), if known (e.g. SIC 3715)

OR

North American Industrial Classification (NAICS), if known (e.g., 336212)
**493110**

### Employment Information

Annual average number of employees    (b) (4)

Total hours worked by all employees last year

Sign here

**Knowingly falsifying this document may result in a fine.**

I certify that I have examined this document and that to the best of my knowledge the entries are true, accurate, and complete.

_____
Company Executive   Title

_____   02/07/2019
Phone                              Date


Print OSHA's Form 300A   PDF

* This report contains Open Lost Time or Job Restriction Case

## OSHA's Form 300A
# Summary of Work-Related Injuries and Illnesses



Year 2017
U.S Department of Labor
Occupational Safety and Health Administration

All establishments covered by Part 1904 must complete this Summary page, even if no work-related injuries or illnesses occurred during the year. Remember to review the Log to verify that the entries are complete and accurate before completing this summary.

Using the Log, count the individual entries you made for each category. Then write the totals below, making sure you have added the entries from every page of the Log. If you had no cases, write "0."

Employees, former employees, and their representatives have the right to review the OSHA Form 300 in its entirety. They also have limited access to the OSHA Form 301 or its equivalent. See 29 CFR Part 1904.35, in OSHA's recordkeeping rule, for further details on the access provisions for these forms.

### Number of Cases

| Total number of deaths | Total number of cases with days away from work | Total number of cases with job transfer or restriction | Total number of other recordable cases |
|---|---|---|---|
| (b) (4) | | | |
| (G) | (H) | (I) | (J) |

### Number of Days

| Total number of days away from work | Total number of days of Job Transfer or Restriction |
|---|---|
| (b) (4) | |
| (K) | (L) |

### Injury and Illness Types

Total number of...
(M)
(1) Injuries         (b) (4)        (4) Poisonings      (b) (4)
(2) Skin disorders                  (5) Hearing Loss
(3) Respiratory condition           (6) All other illnesses

### Establishment Information

Your establishment name  MDW7
Company Name  Amazon.com.dedc LLC
Street  6605 Monee Manhatten Road
City  Monee   State  Illinois   ZIP  60449
Industry description (e.g. Manufacture of motor truck trailers)
General Warehousing and Storage

Standard Industrial Classification (SIC), if known (e.g. SIC 3715)

_____

OR

North American Industrial Classification (NAICS), if known (e.g., 336212)
493110

### Employment Information

Annual average number of employees       (b) (4)
Total hours worked by all employees last year

Sign here  (b) (7)(C)                    - A.G.M
Knowingly falsifying this document may result in a fine.

I certify that I have examined this document and that to the best of my knowledge the entries are true, accurate, and complete.

(b) (7)(C)                               1/29/18
Company Executive                        Title

(b) (7)(C)                               1/29/18
Phone                                    Date

Post this Summary page from February 1 to April 30 of the year following the year covered by the form.

Public reporting burden for this collection of information is estimated to average 50 minutes per response, including time to review the instructions, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any other aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Avenue, NW, Washington, DC 20210. Do not send the completed forms to this office.

OSHA FOIA 878010 / 878011-003

## OSHA's Form 300A
### Summary of Work-Related Injuries and Illnesses

Year 2018
U.S Department of Labor
Occupational Safety and Health Administration

All establishments covered by Part 1904 must complete this Summary page, even if no work-related injuries or illnesses occurred during the year. Remember to review the Log to verify that the entries are complete and accurate before completing this summary.

Using the Log, count the individual entries you made for each category. Then write the totals below, making sure you have added the entries from every page of the Log. If you had no cases, write "0."

Employees, former employees, and their representatives have the right to review the OSHA Form 300 in its entirety. They also have limited access to the OSHA Form 301 or its equivalent. See 29 CFR Part 1904.35, in OSHA's recordkeeping rule, for further details on the access provisions for these forms.

**Number of Cases**

| Total number of deaths | Total number of cases with days away from work | Total number of cases with job transfer or restriction | Total number of other recordable cases |
|---|---|---|---|
| (b) (4) | | | |
| (G) | (H) | (I) | (J) |

**Number of Days**

| Total number of days away from work | Total number of days of Job Transfer or Restriction |
|---|---|
| (b) (4) | |
| (K) | (L) |

**Injury and Illness Types**

Total number of...
(M)

(1) Injuries          (b) (4)         (4) Poisonings        (b) (4)
(2) Skin disorders                    (5) Hearing Loss
(3) Respiratory condition             (6) All other illnesses

Post this Summary page from February 1 to April 30 of the year following the year covered by the form.

Public reporting burden for this collection of information is estimated to average 50 minutes per response, including time to review the instructions, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any other aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Avenue, NW, Washington, DC 20210. Do not send the completed forms to this office.

**Establishment Information**

Your establishment name **MDW5**

Company Name **Amazon.com.dedc LLC**

Street **16824 Enterprise Blvd.**

City **Crest Hill**   State **Illinois**   ZIP **60435**

Industry description (e.g. Manufacture of motor truck trailers)

  **General Warehousing and Storage**

Standard Industrial Classification (SIC), if known (e.g. SIC 3715)

____  ____

OR

North American Industrial Classification (NAICS), if known (e.g., 336212)

  **493110**

**Employment Information**

Annual average number of employees   (b) (4)

Total hours worked by all employees last year   (b) (4)

**Sign here**

Knowingly falsifying this document may result in a fine.

I certify that I have examined this document and that to the best of my knowledge the entries are true, accurate, and complete.

_____
Company Executive    Title

_____
Phone               Date

Print OSHA's Form 300A   PDF

* This report contains Open Lost Time or Job Restriction Case  (?)

APPENDIX A- 2017 300A

# OSHA's Form 300A
## Summary of Work-Related Injuries and Illnesses

Year 2017
U.S Department of Labor
Occupational Safety and Health Administration



All establishments covered by Part 1904 must complete this Summary page, even if no work-related injuries or illnesses occurred during the year. Remember to review the Log.

To verify that the entries are complete and accurate before completing this summary.

Using the Log, count the individual entries you made for each category. Then write the totals below, making sure you have added the entries from every page of the Log. If you had no cases, write "0."

Employees, former employees, and their representatives have the right to review the OSHA Form 300 in its entirety. They also have limited access to the OSHA Form 301 or its equivalent. See 29 CFR Part 1904.35, in OSHA's recordkeeping rule, for further details on the access provisions for these forms.

### Number of Cases

| Total number of deaths | Total number of cases with days away from work | Total number of cases with job transfer or restriction | Total number of other recordable cases |
|---|---|---|---|
| (b)(4) | (b)(4) | (b)(4) | (b)(4) |
| (G) | (H) | (I) | (J) |

### Number of Days

| Total number of days away from work | Total number of days of Job Transfer or Restriction |
|---|---|
| (b)(4) | (b)(4) |
| (K) | (L) |

### Injury and Illness Types

Total number of...
(M)
(1) Injuries         (b)(4)       (4) Poisonings       (b)(4)
(2) Skin disorders                (5) Hearing Loss
(3) Respiratory condition         (6) All other illnesses

### Establishment Information

Your establishment name __MDW7__
Company Name __Amazon.com.dedc LLC__
Street __6605 Morice Manhatten Road__
City __Monee__  State __Illinois__  ZIP __60449__
Industry description (e.g. Manufacture of motor truck trailers)
__General Warehousing and Storage__

Standard Industrial Classification (SIC), if known (e.g. SIC 3715)
_____

OR

North American Industrial Classification (NAICS), if known (e.g., 336212)
__493110__

### Employment Information

Annual average number of employees  (b)(4)
Total hours worked by all employees last year  (b)(4)

Sign here  (b)(7)(C)

Knowingly falsifying this document may result in a fine.

I certify that I have examined this document and that to the best of my knowledge the entries are true, accurate, and complete.

(b)(7)(C)                                                 1/29/18
Company Executive                         Title
(b)(7)(C)                                                 1/29/18
Phone                                     Date

— AGM

Post this Summary page from February 1 to April 30 of the year following the year covered by the form.

Public reporting burden for this collection of information is estimated to average 50 minutes per response, including time to review the instructions, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any other aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Avenue, NW, Washington, DC 20210. Do not send the completed forms to this office.

# OSHA's Form 300A
## Summary of Work-Related Injuries and Illnesses

Year 2017
U.S Department of Labor
Occupational Safety and Health Administration



All establishments covered by Part 1904 must complete this Summary page, even if no work-related injuries or illnesses occurred during the year. Remember to review the Log to verify that the entries are complete and accurate before completing this summary.

Using the Log, count the individual entries you made for each category. Then write the totals below, making sure you have added the entries from every page of the Log. If you had no cases, write "0."

Employees, former employees, and their representatives have the right to review the OSHA Form 300 in its entirety. They also have limited access to the OSHA Form 301 or its equivalent. See 29 CFR Part 1904.35, in OSHA's recordkeeping rule, for further details on the access provisions for these forms.

### Number of Cases

| Total number of deaths | Total number of cases with days away from work | Total number of cases with job transfer or restriction | Total number of other recordable cases |
|---|---|---|---|
| (b) (4) | | | |
| (G) | (H) | (I) | (J) |

### Number of Days

| Total number of days away from work | Total number of days of Job Transfer or Restriction |
|---|---|
| (b) (4) | |
| (K) | (L) |

### Injury and Illness Types

Total number of...
(M)

(1) Injuries        (b) (4)         (4) Poisonings       (b) (4)
(2) Skin disorders                  (5) Hearing Loss
(3) Respiratory condition           (6) All other illnesses

### Establishment Information

Your establishment name  MDW8
Company Name  Amazon.com.indc.LLC
Street  1750Bridge Drive
City  Waukegan       State  Illinois       ZIP  60502
Industry description (e.g., Manufacture of motor truck trailers)
General Warehousing and Storage
Standard Industrial Classification (SIC), if known (e.g. SIC 3715)

OR

North American Industrial Classification (NAICS), if known (e.g., 336212)
493110

### Employment Information

Annual average number of employees       (b) (4)
Total hours worked by all employees last year

### Sign here

Knowingly falsifying this document may result in a fine.

I certify that I have examined this document and that to the best of my knowledge the entries are true, accurate, and complete.

(b) (7)(C) _____    General Manager
Company Executive                      Title
(b) (7)(C) _____    1/30/18
Phone                                  Date

Post this Summary page from February 1 to April 30 of the year following the year covered by the form.

Public reporting burden for this collection of information is estimated to average 50 minutes per response, including time to review the instructions, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any other aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Avenue, NW, Washington, DC 20210. Do not send the completed forms to this office.

Amazon - Confidential

# OSHA's Form 300A
## Summary of Work-Related Injuries and Illnesses



Year 2015

**U.S Department of Labor**
Occupational Safety and Health Administration

All establishments covered by Part 1904 must complete this Summary page, even if no work-related injuries or illnesses occurred during the year. Remember to review the Log to verify that the entries are complete and accurate before completing this summary.

Using the Log, count the individual entries you made for each category. Then write the totals below, making sure you have added the entries from every page of the Log. If you had no cases, write "0."

Employees, former employees, and their representatives have the right to review the OSHA Form 300 in its entirety. They also have limited access to the OSHA Form 301 or its equivalent. See 29 CFR Part 1904.35, in OSHA's recordkeeping rule, for further details on the access provisions for these forms.

### Number of Cases

| Number of deaths | Total number of cases with days away from work | Total number of cases with job transfer or restriction | Total number of other recordable cases |
|---|---|---|---|
| (b) (4) | (b) (4) | (b) (4) | (b) (4) |
| (G) | (H) | (I) | (J) |

### Number of Days

| Total number of days away from work | Total number of days of Job Transfer or Restriction |
|---|---|
| (b) (4) | (b) (4) |
| (K) | (L) |

### Injury and Illness Types

Total number of...
(M)

(1) Injuries  (b) (4)      (4) Poisonings       (b) (4)
(2) Skin disorders                (5) Hearing Loss
(3) Respiratory condition         (6) All other illnesses



Post this Summary page from February 1 to April 30 of the year following the year covered by the form.

Public reporting burden for this collection of information is estimated to average 50 minutes per response, including time to review the instructions, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any other aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Avenue, NW, Washington, DC 20210. Do not send the completed forms to this office.

### Establishment Information

Your establishment name **DCH3**

Company Name  Amazon.com.dedc  LLC

Street  4500 Western Avenue

City  Lisle        State  Illinois        ZIP  60532

Industry description (e.g. Manufacture of motor truck trailers)
General Warehousing and Storage

Standard Industrial Classification (SIC), if known (e.g. SIC 3715)
___ ___ ___ ___

OR

North American Industrial Classification (NAICS), if known (e.g. 336212)
493110

### Employment Information

Annual average number of employees       (b) (4)

Total hours worked by all employees last year

### Sign here

**Knowingly falsifying this document may result in a fine.**

I certify that I have examined this document and that to the best of my knowledge the entries are true, accurate, and complete.

Company Executive                    Title

Phone                                Date

# OSHA's Form 300A
## Summary of Work-Related Injuries and Illnesses



Year 2016

**U.S Department of Labor**
Occupational Safety and Health Administration

All establishments covered by Part 1904 must complete this Summary page, even if no work-related injuries or illnesses occurred during the year. Remember to review the Log to verify that the entries are complete and accurate before completing this summary.

Using the Log, count the individual entries you made for each category. Then write the totals below, making sure you have added the entries from every page of the Log. If you had no cases, write "0."

Employees, former employees, and their representatives have the right to review the OSHA Form 300 in its entirety. They also have limited access to the OSHA Form 301 or its equivalent. See 29 CFR Part 1904.35, in OSHA's recordkeeping rule, for further details on the access provisions for these forms.



### Number of Cases

| Number of deaths | Total number of cases with days away from work | Total number of cases with job transfer or restriction | Total number of other recordable cases |
|---|---|---|---|
| (b) (4) | | | |
| (G) | (H) | (I) | (J) |

### Number of Days

| Total number of days away from work | Total number of days of Job Transfer or Restriction |
|---|---|
| (b) (4) | |
| (K) | (L) |

### Injury and Illness Types

Total number of...
(M)

(1) Injuries _____ (b) (4)
(2) Skin disorders
(3) Respiratory condition

(4) Poisonings
(5) Hearing Loss
(6) All other illnesses _____ (b) (4)

___ this Summary page from February 1 to April 30 of the year following the year covered by the form.

### Establishment Information

Your establishment name  DCH3

Company Name  Amazon.com.dedc  LLC

Street  4500 Western Avenue

City  Lisle    State  Illinois    ZIP  60532

Industry description (e.g. Manufacture of motor truck trailers)
General Warehousing and Storage

Standard Industrial Classification (SIC), if known (e.g. SIC 3715)
_____

OR

North American Industrial Classification (NAICS), if known (e.g., 336212)
493110

### Employment Information

Annual average number of employees _____ (b) (4)

Total hours worked by all employees last year _____

### Sign here

**Knowingly falsifying this document may result in a fine.**

I certify that I have examined this document and that to the best of my knowledge the entries are true, accurate, and complete.

**Company Executive**                **Title**

**Phone**                            **Date**

Public reporting burden for this collection of information is estimated to average 50 minutes per response, including time to review the instructions, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any other aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Avenue, NW, Washington, DC 20210. Do not send the completed forms to this office.

# OSHA's Form 300A

## Summary of Work-Related Injuries and Illnesses

Year 2017

U.S Department of Labor
Occupational Safety and Health Administration

All establishments covered by Part 1904 must complete this Summary page, even if no work-related injuries or illnesses occurred during the year. Remember to review the Log to verify that the entries are complete and accurate before completing this summary.

Using the Log, count the individual entries you made for each category. Then write the totals below, making sure you have added the entries from every page of the Log. If you had no cases, write "0."

Employees, former employees, and their representatives have the right to review the OSHA Form 300 in its entirety. They also have limited access to the OSHA Form 301 or its equivalent. See 29 CFR Part 1904.35, in OSHA's recordkeeping rule, for further details on the access provisions for these forms.

### Number of Cases

| Total number of deaths | Total number of cases with days away from work | Total number of cases with job transfer or restriction | Total number of other recordable cases |
|---|---|---|---|
| (b) (4) | (b) (4) | (b) (4) | (b) (4) |
| (G) | (H) | (I) | (J) |

### Number of Days

| Total number of days away from work | Total number of days of Job Transfer or Restriction |
|---|---|
| (b) (4) | (b) (4) |
| (K) | (L) |

### Injury and Illness Types

Total number of...
(M)

(1) Injuries (b) (4)
(2) Skin disorders
(3) Respiratory condition

(4) Poisonings (b) (4)
(5) Hearing Loss
(6) All other illnesses

Post this Summary page from February 1 to April 30 of the year following the year covered by the form.

Public reporting burden for this collection of information is estimated to average 50 minutes per response, including time to review the instructions, search and gather the data needed, and complete and review the collection of information. Persons are not required to respond to the collection of information unless it displays a currently valid OMB control number. If you have any comments about these estimates or any other aspects of this data collection, contact: US Department of Labor, OSHA Office of Statistics, Room N-3644, 200 Constitution Avenue, NW, Washington, DC 20210. Do not send the completed forms to this office.

### Establishment Information

Your establishment name **DCH3**

Company Name   Amazon.com.dedc   LLC

Street   4500 Western Avenue

City   Lisle   State   Illinois   ZIP   60532

Industry description (e.g. Manufacture of motor truck trailers)
General Warehousing and Storage

Standard Industrial Classification (SIC), if known (e.g. SIC 3715)
_____

OR

North American Industrial Classification (NAICS), if known (e.g., 336212)
493110

### Employment Information

Annual average number of employees   (b) (4)

Total hours worked by all employees last year   (b) (4)

### Sign here

Knowingly falsifying this document may result in a fine.

I certify that I have examined this document and that to the best of my knowledge the entries are true, accurate, and complete.

Company Executive _____   Title _____

Phone _____   Date _____