1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  PAMELA T. JOHANN (CABN 145558)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36045
5       San Francisco, California 94102
        Telephone: (415) 436-7025
6       Facsimile: (415) 436-7234
        pamela.johann@usdoj.gov
7
   Attorneys for Defendant UNITED STATES
8  DEPARTMENT OF LABOR

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

14  THE CENTER FOR INVESTIGATIVE          ) Case No. 19-cv-05603-SK
    REPORTING and WILL EVANS,             )
15                                        ) **STIPULATION REGARDING JOINT REQUEST**
          Plaintiffs,                     ) **TO REVISE BRIEFING SCHEDULE**
16                                        ) **REGARDING MOTIONS FOR SUMMARY**
       v.                                 ) **JUDGMENT; [PROPOSED] ORDER**
17                                        )
    UNITED STATES DEPARTMENT OF           )
18  LABOR,                                )
                                          )
19        Defendant.                      )
                                          )
20

21        The parties, by and through their undersigned attorneys, hereby stipulate pursuant to Civil Local

22  Rule 6-1(b) and 7-12, subject to the approval of the Court, to revise the schedule regarding the parties'

23  Motions for Summary Judgment.

24        1.      Pursuant to a stipulated briefing schedule, as extended by the parties and Court Order,

25  Defendant's Motion for Summary Judgment was submitted on March 4, 2020, and Plaintiffs' Cross-

26  Motion and Opposition is due April 6, 2020.   The hearing date for the motions is set for May 18, 2020

27  at 9:30 a.m.  Dkt. No. 20, 22.

28

2.      The parties have agreed to adjust the briefing schedule to allow Plaintiffs three additional weeks to file their opening brief due to work disruptions and institutional difficulties in light of the COVID-19 virus.

3.       In addition, the parties have agreed to revise the remaining of the briefing schedule accordingly, with the hearing date now changed.  The parties jointly propose the following revised schedule, subject to the Court's approval:

a.      Last day for Plaintiffs to file Opposition and Cross-Motion for Summary Judgment: April 27, 2020.

b.      Last Day for Defendant to file Reply and Cross-Opposition: May 11, 2020.

c.      Last Day for Plaintiffs to file Cross-Reply (if necessary):  May 25, 2020.

d.      Hearing:  June 8, 2020 at 9:30 a.m.

The parties respectfully request that the Court enter an order revising the schedule accordingly.

IT IS SO STIPULATED.

DATED: March 23, 2020                    Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

*/s/ Pamela T. Johann**
PAMELA T. JOHANN
Assistant United States Attorney

Attorneys for Defendant


DATED: March 23, 2020                    THE CENTER FOR INVESTIGATIVE REPORTING

*/s/ D. Victoria Baranetsky*
D. VICTORIA BARANETSKY

Attorneys for Plaintiffs

* I, D. Victoria Baranetsky, hereby attest that I have obtained the concurrence in the filing of this document from Pamela T. Johann.

*/s/ D. Victoria Baranetsky*
D. VICTORIA BARANETSKY