UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>  Defendant. | Case No. 19-cv-05603-SK<br><br>**ORDER GRANTING STIPULATION FOR FURTHER EXTENSION**<br><br>Regarding Docket No. 34. |

Pursuant to the parties' stipulation, the Court HEREBY ORDERS that the schedule regarding the parties' Cross-Motions for Summary Judgment is extended as follows:

(1) Plaintiffs' Opposition/Cross-Motion is due by April 27, 2020;

(2) Defendant's Reply/Opposition to Cross-Motion is due by May 11, 2020; and

(3) Plaintiffs' Optional Reply to Cross-Motion is due by May 26, 2020.

The hearing on the motion is CONTINUED to June 15, 2020.

**IT IS SO ORDERED**.

Dated: March 24, 2020

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge