DAVID L. ANDERSON (CABN 149604)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
PAMELA T. JOHANN (CABN 145558)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36045
    San Francisco, California 94102
    Telephone: (415) 436-7025
    Facsimile: (415) 436-7234
    pamela.johann@usdoj.gov

Attorneys for Defendant UNITED STATES
DEPARTMENT OF LABOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and WILL EVANS,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Defendant. | Case No. 19-cv-05603-SK<br><br>**SUPPLEMENTAL DECLARATION OF PAMELA T. JOHANN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Date:  June 15, 2020<br>Time:  9:30 p.m.<br>Place:  Courtroom C, 15th Floor<br><br>The Hon. Sallie Kim |

I, Pamela T. Johann, declare as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California. I am licensed to practice law in the State of California and to appear before this Court. I have personal knowledge of the following facts and if called to testify, I could and would competently testify thereto. I submit this declaration in support of Defendant's Motion for Summary Judgment.

2.    Plaintiff The Center for Investigative Reporting and Defendant Department of Labor are

parties in another Freedom of Information Act ("FOIA") pending in this district, *Center for Investigative Reporting v. Dep't of Labor*, No. 18-cv-02414-DMR (N.D. Cal.) ("*CIR v. DOL I*"). Cross-motions for summary judgment are currently pending in that case.

3. *CIR v. DOL I* involves a set of approximately 237,000 Form 300A forms collected by OSHA pursuant to a recordkeeping regulation. In connection with the cross-motions for summary judgment, DOL submitted a declaration and supplemental declaration of Patrick Kapust, the current Acting Director of the Directorate of Enforcement Programs for the Occupational Safety and Health Administration ("OSHA").

4. Attached hereto as Exhibit A is a true and correct copy of the Declaration of Patrick J. Kapust in support of DOL's motion for summary judgment filed in *CIR v. DOL I*, without exhibits. Attached hereto as Exhibit B is a true and correct copy of the Supplemental Declaration of Patrick J. Kapust in support of DOL's motion for summary judgment filed in *CIR v. DOL I*.

I declare under penalty of perjury that the foregoing is true and correct. Signed this 11th day of May, 2020 in Berkeley, California.

                                               */s/ Pamela T. Johann*
                                               PAMELA T. JOHANN